**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7434**

———————

LAQUINCES D. DAVIS,

             Petitioner - Appellant,

        v.

LEROY CARTILEDGE,

             Respondent - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Richard M. Gergel, District Judge.  (0:09-cv-03218-RMG)

———————

Submitted:  April 6, 2012              Decided:  April 13, 2012

———————

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Laquinces D. Davis, Appellant Pro Se.  Donald John Zelenka, Deputy Assistant Attorney General, James Anthony Mabry, Assistant Attorney General, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laquinces D. Davis seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Davis has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Davis' motion to invoke rule 28 U.S.C. § 2106 (2006). We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before the

court and argument would not aid the decisional process.

<u>DISMISSED</u>